1  Deborah A. Sivas (Cal. Bar No. 135446)
   Alicia Thesing (Cal. Bar. No. 211751)
2  Robb W. Kapla (Cal. Bar No. 238896)
   Holley Horrell (Certified Law Student)
3  Collin Wedel (Certified Law Student)
   ENVIRONMENTAL LAW CLINIC
4  Mills Legal Clinic of Stanford Law School
   559 Nathan Abbott Way
5  Stanford, California 94305-8610
   Telephone: (650) 723-0325
6  Facsimile: (650) 723-4426

7  Natalie J. Havlina (ISB # 7498)
   *Pro Hac Vice*
8  ADVOCATES FOR THE WEST
   P.O. Box 1612
9  Boise, Idaho 83701-1612
   Telephone: (208) 342-7024 ext. 209
10 Facsimile: (208) 342-8286

11 Attorneys for Plaintiffs

12

13                        UNITED STATES DISTRICT COURT

14                    FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 | WESTERN WATERSHEDS PROJECT;     | Case No. 2:10-CV-02896-KJM-KJN
   | and WILDEARTH GUARDIANS,        |
17 |                                 |
   |                Plaintiffs,      | **REQUEST FOR TELEPHONIC**
18 |                                 | **COURT APPEARANCE BY**
   |        v.                       | **PLAINTIFFS' COUNSEL AT APRIL**
19 |                                 | **20, 2011 STATUS CONFERENCE**
   | BUREAU OF LAND MANAGEMENT,      |
20 | an agency of the United States, | Date:      April 20, 2011
   |                                 | Time:      10:00 a.m.
21 |                Defendants.      | Courtroom: 3
   |                                 | Judge:     Hon. Kimberly Mueller

22

23         Counsel for Plaintiffs hereby request the Court's permission to appear by telephone at the

24 April 20, 2011 status conference in this matter.

25 1.   <u>Reasons for the Request:</u>

26         As explained in the Status Report filed in this case, the parties have met and conferred

27 regarding scheduling matters and, based on that discussion, Plaintiffs believe there are no

28 significant disputes or issues that require special attention at the upcoming status conference.

1    Defendant has not yet finished preparing the administrative record for this case.  Once it does

2    so, the parties intend to confer about a schedule for summary judgment briefing and present a

3    proposed schedule to the Court.

4          Because Plaintiffs' counsel are located in Palo Alto, California and Boise, Idaho, they

5    request permission to appear by telephone for what they anticipate will be a relatively routine

6    conference in order to conserve resources and most efficiently represent their clients.  In

7    addition, the Stanford Environmental Law Clinic, which serves as California counsel for

8    Plaintiffs, has another case management conference previously scheduled on April 20, 2011 at

9    8:30 a.m., in Marin County.  Because the Clinic is a small office, staff primarily with law

10   students who have afternoon classes, it would be difficult to staff two court appearances in two

11   different courts on the same morning.  Finally, attorney Natalie J. Havlina, admitted *pro hac*

12   *vice*, has offices in Idaho and has no other business scheduled in Sacramento on April 20 aside

13   from this conference.  Defendant's counsel has indicated that she has does not object to this

14   request.

15   2.     Names of the Attorneys Making the Appearance and Direct Dial Telephone Numbers:

16          a. California Counsel:  Deborah A. Sivas and certified law student Holley C. Horrell will

17   appear by telephone from Palo Alto and can be reached at (650) 723-0325.

18          b. Idaho Cousnel:  Natalie J. Havlina will appear by telephone from Boise, and can be

19   reached at (208) 342-7024, ext. 209.

20

21   Dated: April 15, 2011                    Respectfully submitted,

22                                            ENVIRONMENTAL LAW CLINIC
                                             Mills Legal Clinic at Stanford Law School

23

24                                           By: */s/ Deborah A. Sivas*
                                                  Deborah A. Sivas
25                                                Holley C. Horrell

26                                           ADVOCATES FOR THE WEST

27

28                                           By: */s/ Natalie J. Havlina*
                                                  Natalie J. Havlina
                                                  Attorneys for Plaintiffs

**ORDER**

Good causing appearing therefor, Plaintiffs' request to appear at the April 20, 2011 status conference by telephone is hereby GRANTED.

SO ORDERED.

Dated:  April 18, 2011.

_____
UNITED STATES DISTRICT JUDGE