UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT;
WILDEARTH GUARDIANS,

    Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT,
an agency of the United States,

    Defendant.
_____/

NO. CIV. S-10-2896 KJM-KJN

<u>STATUS (PRETRIAL SCHEDULING)
ORDER</u>

An initial scheduling conference was held in this case on April 20, 2011. Natalie Havlina, Deborah Sivas and Holley Sorrell, certified law student, appeared telephonically for plaintiffs; Earlene Gordon appeared for defendant. Having reviewed the parties' Joint Status Report filed on March 23, 2011, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

    I.    <u>SERVICE OF PROCESS</u>

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

/////

/////

/////

1   II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

2   No further joinder of parties or amendment to pleadings is permitted without leave of
3   court, good cause having been shown.  *See* FED. R. CIV. P. 16(b); *Johnson v. Mammoth*
4   *Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

5   III.   JURISDICTION/VENUE

6   Jurisdiction is predicated upon 28 U.S.C. § 1331; the action arises under 42 U.S.C.
7   §§ 4321 et seq., 43 U.S.C. §§ 1701 et seq. and 5 U.S.C. §§ 701 et seq.  Jurisdiction and venue are
8   not disputed.

9   IV.  THE ADMINISTRATIVE RECORD

10   Defendant will produce the administrative record within sixty days of the date of this
11   order.   Plaintiffs have thirty days after the record is produced to review it and determine whether
12   supplementation is necessary.

13   V.   MOTION HEARING SCHEDULE

14   The parties contemplate that this case will be resolved on a motion for summary
15   judgment.  The schedule for filing such a motion will be set at a further status conference.

16   Plaintiffs may file a motion for preliminary injunctive relief to be heard in May 2011.
17   The court directs the parties to meaningfully meet and confer before plaintiff files any motion for
18   interim protective relief.  The notice of motion must represent that such a meeting has occurred.

19   The court places a page limit of twenty (20) pages on all moving papers, twenty (20)
20   pages on oppositions, and ten (10) pages for replies.  All requests for page limit increases must
21   be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the
22   motion.

23   VI.   MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

24   Under Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial
25   Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.
26   The parties' agreement by stipulation alone does not constitute good cause.  Except in
27   extraordinary circumstances, unavailability of witnesses or counsel does not constitute good
28   cause.

VII.   OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

VIII.  FURTHER STATUS CONFERENCE

A further status conference is set for July 27, 2011 at 10:00 in Courtroom Three.

IT IS SO ORDERED.

DATED:  April 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

3