MORRIS PETERSON
William E. Peterson (Cal. Bar No. 69690)
6100 Neil Road, Suite 555
Reno, Nevada 89511
(775) 829-6000 Telephone
(775) 829-6001 Facsimile
wep@morrislawgroup.com

*Attorneys for [Proposed] Defendant-Intervenor
R. N. Fulstone Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and WILDEARTH GUARDIANS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>　　　　　　Defendant,<br><br>R. N. FULSTONE COMPANY, a Nevada corporation, and the FLYING M RANCH,<br><br>　　　　　　Defendant-Intervenors. | No. 2:10-cv-02896-KJM-KJN<br><br>**STIPULATION TO SUBMIT MOTIONS TO INTERVENE FOR DECISION ON THE BRIEFS AND RECORD PURSUANT TO LOCAL RULE 230(g); ORDER**<br><br>Date:　　July 13, 2011<br>Time:　　10:00 a.m.<br>Ctrm:　　3<br>**Hon. Kimberly J. Mueller** |

　　　　IT IS HEREBY STIPULATED between the parties that R.N. Fulstone Company's and Flying M Ranch's Motions to Intervene shall be submitted for decision on the briefs and record pursuant to Local Rule 230(g), and that the hearing scheduled for July 13, 2011 at 10:00 a.m. be vacated.

Dated this 7th day of July, 2011.

| | |
|---|---|
| ENVIRONMENTAL LAW CLINIC<br>Mills Legal Clinic at Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, California 94305-8610 | BUDD-FALEN LAW OFFICES<br><br>/s/ Brandon L. Jensen<br>_____<br>Brandon L. Jensen |
| ADVOCATES FOR THE WEST<br><br>/s/ Natalie J. Havlina<br>_____<br>Natalie J. Havlina<br>Post Office Box 1612<br>Boise, Idaho 83701<br><br>Attorneys for Plaintiffs | Karen Budd-Falen<br>300 East 18th Street<br>P.O. Box 346<br>Cheyenne, Wyoming 82003<br><br>Attorneys for Defendant-Intervenor<br>Flying M Ranch |
| UNITED STATES ATTORNEY<br><br>/s/ J. Earlene Gordon<br>_____<br>J. Earlene Gordon<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br><br>Attorneys for Defendant<br>Bureau of Land Management | MORRIS PETERSON<br><br>/s/ William E. Peterson<br>_____<br>William E. Peterson (No. 69690)<br>6100 Neil Road, Suite 555<br>Reno, Nevada 89511<br><br>Attorneys for Defendant-Intervenor<br>R. N. Fulstone Company |

IT IS SO ORDERED.

Dated: July 8, 2011.

_____
UNITED STATES DISTRICT JUDGE