IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and WILDEARTH GUARDIANS,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>    Defendant,<br><br>    and<br><br>Flying M Ranch, LLC, a California limited liability company,<br><br>    Defendant-Intervenor. | No. 2:10-cv-02896-KJM-KJN<br><br>**ORDER CONDITIONALLY GRANTING REQUEST FOR TELEPHONIC COURT APPEARANCE**<br><br>**Date: August 24, 2011**<br><br>**Time:**     **10:00 a.m.**<br><br>**Ctrm:**     **3**<br><br>**Hon. Kimberly J. Mueller** |

    FOR GOOD CAUSE SHOWN, the Request for Telephonic Court Appearance by Flying M Ranch's Counsel at the August 24, 2011 Status Conference is hereby GRANTED. At the status conference, counsel shall be prepared to discuss future court dates at which counsel is available to personally appear.

    SO ORDERED.

Dated: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE