UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT;
WILDEARTH GUARDIANS,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT,
an agency of the United States,

        Defendant.
_____/

R.N. FULSTONE COMPANY, a Nevada
corporation and the FLYING M. RANCH,

        Defendant-Intervenors.
-------------------------------------------------/

NO. CIV. S-10-2896 KJM-KJN

ORDER

        R.N. Fulstone Company and the Flying M Ranch have sought to intervene in this action as defendants; neither plaintiffs nor the defendant Bureau of Land Management (BLM) oppose the request. Both parties have filed timely applications, have shown that the status of their grazing permits may be affected by this action, and that the BLM does not adequately represent their interests. *Wilderness Society v. United States Forest Service*, 630 F.3d 1173, 1177 (9th Cir. 2011). Their motions to intervene as a matter of right are well-taken. FED. R. CIV. P. 24(a). The court declines to impose a requirement that they file joint briefs.

1     IT IS THEREFORE ORDERED that the motions to intervene filed by R.N.
2  Fulstone and the Flying M Ranch (ECF Nos. 23 & 25) are granted.
3  DATED: August 23, 2011.

4  _____
5  UNITED STATES DISTRICT JUDGE

6  wwp2896.24(a)

2